FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE RIERA, an individual,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CENTRAL WASHINGTON UNIVERSITY; JAMES WOHLPART, an individual; RUTH ERDMAN, an individual; LUCINDA CARNELL, an individual; SATHYANARAYANAN RAJENDRAN, an individual; JOHN MACARTHUR, an individual; BRIAN MCGLADREY; an individual; STACI SLEIGH-LAYMAN, an individual; and KURT KIRSTEIN, an individual,<br><br>　　　　Defendants. | No. 1:24-CV-03147-SAB<br><br>**ORDER DISMISSING AS MOOT DEFENDANT'S MOTION TO DISMISS** |

　　　Before the Court is Defendant Central Washington University's Partial Motion to Dismiss Under CR 12(b)(6). ECF No. 10. Plaintiff is represented by Erica St. Louis. Defendant Central Washington University ("CWU") is represented by Elizabth Olsen. The motion was considered without oral argument.

　　　Defendant CWU filed its partial motion to dismiss on October 23, 2024. Plaintiff then filed his First Amended Complaint, ECF No. 12, on November 13, 2024. As such, the Court dismisses Defendant CWU's motion as moot.

**ORDER DISMISSING AS MOOT DEFENDANT'S
MOTION TO DISMISS** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Central Washington University's Partial Motion to Dismiss Under CR 12(b)(6), ECF No. 10, is **DISMISSED as moot and without prejudice.**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 20th day of November 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING AS MOOT DEFENDANT'S MOTION TO DISMISS *2**