## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE RIERA,<br><br>        Plaintiff,<br><br>vs.<br><br>CENTRAL WASHINGTON UNIVERSITY; JAMES WOHLPART, an individual; RUTH ERDMAN, an individual; LUCINDA CARNELL, an individual; SATHYANARAYANAN RAJENDRAN, an individual; JOHN MACARTHUR, an individual; BRIAN MCGLADREY, an individual; STACI SLEIGH-LAYMAN, an individual; and KURT KIRSTEIN, an individual,<br><br>        Defendants. | Case No.   1:24-CV-3147-RLP-1<br><br>CIVIL MINUTES<br><br>DATE:   6/12/2025<br><br>LOCATION:   Video Conference<br><br>STATUS CONFERENCE |

**JUDGE REBECCA L. PENNELL**

| Linda Hansen | LC 03 | | Marilynn McMartin |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Erica St. Louis | | Elizabeth Olsen | |
| **Plaintiff's Counsel** | | **Defense Counsel** | |

[ X ] **Open Court**

All parties are present via video conference.

Plaintiff's Motion For Extension of Discovery Cutoff, ECF No. 60, is before the Court.

    The Court addressed the parties with preliminary thoughts on the matter.

    Erica St. Louis requested to amend the jury trial scheduling order to extend the discovery cutoff from May 5, 2025 to July 30, 2025.

    Elizabeth Olsen addressed the Court regarding the position of the defense.

COURT RULING:   The Court GRANTED the motion to extend discovery cutoff and will allow plaintiff to conduct limited discovery.   The trial date of 9/22/2025 will be reset to late November or December 2025 and the remaining deadlines will be recalculated in a new scheduling order. The Court is inclined to issue sanctions against Ms. St. Louis to pay Defendants' reasonable attorney fees/costs incurred by the missed deadline. Defendants shall have one week to file a motion requesting sanctions. Ms. St. Louis may respond in one week from the filing of the motion.

| Convened: 1:30 pm | Adjourned: 1:48 pm | Time: 28 mins | [ X ] Order Forthcoming |
|---|---|---|---|