#1

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 29 2026

SEAN F. MCAVOY, CLERK
DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE RIERA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RUTH ERDMAN, an individual,<br><br>Defendant. | No. 1:24-CR-3147-RLP<br><br>QUESTION RECEIVED FROM JURY DURING DELIBERATIONS |

YOUR HONOR:

If we find for the Plaintiff, may we suggest damages in addition to a monetary amount? For example, may we specify that CWU computer experts or others attempt to purge these events from social media and Dr. ~~Rev~~ Riera's personal profile? May we ask that CWU and Erdman acknowledge Riera's distress and apologize in writing. Do we estimate Dr Riera's cost for Apr-Jun isolation costs?

DATED at this 29 day of October 2026, at Yakima, Washington.

TIME: 2:39 pm

Juror No. 1