FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON #1

OCT 29 2026

SEAN F. MCAVOY, CLERK
_______________, DEPUTY
YAKIMA, WASHINGTON

ANSWER FROM JUDGE:

Please review instruction number 10 for your instruction on how to Calculate damages, if any.

DATE: 10/29/2026

TIME: 2:58 PM

REBECCA L. PENNELL
United States District Judge