#2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JOSE RIERA, an individual,

Plaintiff,

vs.

RUTH ERDMAN, an individual,

Defendant.

No. 1:24-CR-3147-RLP

QUESTION RECEIVED FROM JURY DURING DELIBERATIONS

YOUR HONOR:

An error was made upon answering/marking the form. Number 7 should have been yes, requiring no answer for number 8. How do we correct this error? Do we need a new form?

DATED at this 29 day of October 2026, at Yakima, Washington.

TIME: 4:40

Juror No. 3, 6, 2, 7, 1, 4, 5