#2

ANSWER FROM JUDGE:

Please amend the jury form to reflect your unanimous verdict. Any amendments made to question 7 and/or 8 should be initialed by your presiding juror. When you have finished with your deliberations please notify the bailiff

DATE: 10/29/26

TIME: 5:04 PM

REBECCA L. PENNELL
United States District Judge