FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 29, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

JOSE RIERA,

Plaintiff,

v.

RUTH ERDMAN,

Defendant.

No. 1:24-cv-03147-RLP

Verdict

Enter your unanimous findings as follows:

1. Based on the language of Defendant Erdman's email, would readers conclude that Plaintiff Riera was the one against whom Defendant Erdman's comments were aimed?

Answer: yes (yes or no)

*If you answered "yes" to Question No. 1, continue to the next question.*

*If you answered "no" to Question No. 1, date and sign the verdict form.*

2. Was Defendant Erdman's email communicated or published to a person other than Plaintiff Riera?

Answer: yes (yes or no)

*If you answered "yes" to Question No. 2, continue to the next question.*

*If you answered "no" to Question No. 2, date and sign the verdict form.*

3. Was Defendant Erdman's statement a statement of fact or opinion?

Answer: Opinion (fact or opinion)

*If you answered "fact" to Question No. 3, continue to the next question.*

*If you answered "opinion" to Question 3, skip Question No. 4 and continue to Question No. 5.*

4. Was Defendant's Erdman's statement of fact false?

Answer: ________ (yes or no)

*If you answered "yes" to Question No. 4, skip Question Nos. 5 and 6, and continue to Question No. 7.*

*If you answered "no" to Question No. 4., date and sign the verdict form.*

5. Was Defendant Erdman's statement an opinion based on undisclosed facts?

Answer: yes (yes or no)

*If you answered "yes" to Question No. 5, continue to the next question.*

*If you answered "no" to Question No. 5, date and sign the verdict form.*

6. Were the undisclosed facts relevant to Defendant Erdman's opinion false?

Answer: yes (yes or no)

*If you answered "yes" to Question No. 6, continue to the next question.*

*If you answered "no" to Question No. 6, date and sign the verdict form.*

7. Did Defendant Erdman abuse the common interest privilege by acting outside the ordinary course of her official responsibility as a member of the faculty senate

when making a statement to her constituents?

Answer: ~~No~~ (yes or no) Yes AB

*If you answered "yes" to Question No. 7, skip Question No. 8 and continue to Question No. 9.*

*If you answered "no" to Question No. 7, continue to the next question.*

8. Did Plaintiff Riera prove by clear and convincing evidence that Defendant Erdman abused the common interest privilege by acting with actual knowledge of the falsity of the statements or with reckless disregard as to the truth or falsity of the statements?

Answer: ~~Yes~~ AB (yes or no)

*If you answered "yes" to Question No. 8, continue to Question No. 10.*

*If you answered "no" to Question No. 8, date and sign the verdict form.*

9. Did Defendant Erdman act negligently in making her statement?

Answer: Yes (yes or no)

*If you answered "yes" to Question No. 9, continue to the next question.*

*If you answered "no" to Question No. 9, date and sign the verdict form.*

10. What damages, if any, were proximately caused by Defendant Erdman's email?

Answer: $37,500.00

Once you have answered the necessary questions, date and sign the verdict form below as the presiding juror and notify the bailiff.

DATE: 10/29/26 [redacted]

PRESIDING JUROR