AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 30, 2026

SEAN F. MCAVOY, CLERK

JOSE RIERA, an individual,

*Plaintiff*

v.

RUTH ERDMAN, an individual,

*Defendant*

Civil Action No. 1:24-CV-3147-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Jose Riera recover from the defendant *(name)* Ruth Erdman the amount of Thirty Seven Thousand Five Hundred dollars ($ 37,500.00 ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of 4.48 % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

❒ other:

This action was *(check one)*:

☑ tried by a jury with Judge Rebecca L. Pennell presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

❒ decided by Judge ______

Date: October 30, 2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*